UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lupe Development Partners, LLC and Steven Minn,<br><br>  Plaintiffs,<br><br>vs.<br><br>Fred Deutsch, Deutsch Development Corp., Pacific Flats I LLC, and Pacific Flats II LLC,<br><br>  Defendants. | Case No. 21-cv-02668 (PAM/DTS)<br><br>**MOTION FOR LEAVE TO CONDUCT DEPOSITION OF THE SCHER LAW FIRM, LLP** |

## MOTION

Plaintiffs Lupe Development Partners, LLC and Steven Minn move this Court pursuant to Fed. R. Civ. P. 69 and 30 for Leave to Conduct Deposition of the Scher Law Firm, LLP.

Said motion is based upon the Memorandum of Law filed herewith, all applicable law and rules cited therein, and all of the files, records and proceedings herein.

Dated:  June 12, 2024   **COZEN O'CONNOR**

By: /s/ Thomas G. Wallrich
Heather L. Marx (#321163)
Thomas G. Wallrich (#213354)
Samuel E. Mogensen (#400920)
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone:  612.260.9000

**ATTORNEYS FOR PLAINTIFFS**

LEGAL\70248271\2