UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lupe Development Partners, LLC and Steven Minn, <br><br> Plaintiffs, <br><br> vs. <br><br> Fred Deutsch, Deutsch Development Corp., Pacific Flats I LLC, and Pacific Flats II LLC, <br><br> Defendants. | Case No. 21-cv-02668 (PAM/DTS) <br><br><br><br> **NOTICE OF MOTION FOR LEAVE TO CONDUCT DEPOSITION OF THE SCHER LAW FIRM, LLP** |

PLEASE TAKE NOTICE that on July 17, 2024 at 4:00 p.m. before Magistrate Judge David T. Schultz, in Courtroom 9E of the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Plaintiffs Lupe Development Partners, LLC and Steven Minn will move this Court for Leave to Conduct Deposition of the Scher Law Firm, LLP, pursuant to Fed. R. Civ. P. 69 and 30.

Dated: June 12, 2024

**COZEN O'CONNOR**

By: /s/ Thomas G. Wallrich
    Heather L. Marx (#321163)
    Thomas G. Wallrich (#213354)
    Samuel E. Mogensen (#400920)
    33 South Sixth Street, Suite 3800
    Minneapolis, MN 55402
    Telephone: 612.260.9000

**ATTORNEYS FOR PLAINTIFFS**