UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lupe Development Partners, LLC and Steven Minn, <br><br> Plaintiffs, <br><br> vs. <br><br> Fred Deutsch, Deutsch Development Corp., Pacific Flats I LLC, and Pacific Flats II LLC, <br><br> Defendants. | Case No. 21-cv-02668 (PAM/DTS) |

## **RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Thomas G. Wallrich, hereby certify that the memorandum entitled Memorandum of Law in Support of Plaintiffs' Motion For Leave to Conduct Deposition of the Scher Law Firm, LLP complies with Local Rule 7.1(f).

I further certify that, in preparation of the above-referenced memorandum, I used the following word processing program and version: Microsoft Office Professional Plus 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,482 words.

Dated:  June 12, 2024

**COZEN O'CONNOR**

By: /s/ Thomas G. Wallrich
    Heather L. Marx (#321163)
    Thomas G. Wallrich (#213354)
    Samuel E. Mogensen (#400920)
    33 South Sixth Street, Suite 3800
    Minneapolis, MN 55402
    Telephone:  612.260.9000

**ATTORNEYS FOR PLAINTIFFS**