UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lupe Development Partners, LLC and Steven Minn,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Fred Deutsch, Deutsch Development Corp., Pacific Flats I LLC, and Pacific Flats II LLC,<br><br>　　　　　　Defendants. | Case No. 21-cv-02668 (PAM/DTS) |

## RULE 7.1(a) MEET AND CONFER STATEMENT

I, Thomas G. Wallrich, hereby certify that Plaintiffs engaged in communications with Defendant Fred Deutsch and counsel for Third-Party Penny Baird regarding Plaintiffs' proposed deposition of the Scher Law Firm, LLP . The parties do not agree on any part of the resolution of this motion.

Dated:  June 12, 2024　　　　　　　**COZEN O'CONNOR**

　　　　　　　　　　　　　　　　　　By: /s/ Thomas G. Wallrich
　　　　　　　　　　　　　　　　　　　　Heather L. Marx (#321163)
　　　　　　　　　　　　　　　　　　　　Thomas G. Wallrich (#213354)
　　　　　　　　　　　　　　　　　　　　Samuel E. Mogensen (#400920)
　　　　　　　　　　　　　　　　　　　　33 South Sixth Street, Suite 3800
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone:  612.260.9000

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

LEGAL\70248043\2