UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lupe Development Partners, LLC and Steven Minn, <br><br> Plaintiffs, <br><br> vs. <br><br> Fred Deutsch, Deutsch Development Corp., Pacific Flats I LLC, and Pacific Flats II LLC, <br><br> Defendants. | Case No. 21-cv-02668 (PAM/DTS) <br><br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DEPOSITION OF THE SCHER LAW FIRM, LLP** |

This matter is before the Court on the motion of Plaintiffs Lupe Development Partners, LLC and Steven Minn for an order granting leave to conduct the deposition of the Scher Law Firm, LLP, as set forth in the proposed subpoena attached to Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion For Leave to Conduct Deposition of the Scher Law Firm, LLP as Exhibit A.

Based upon the motion, all files, records and proceedings herein, the arguments of counsel, and Rules 69 and 30 of the Federal Rules of Civil Procedure, and upon all information contained in the file and being otherwise fully advised in the premises,

**NOW, THEREFORE,** it is hereby **ORDERED:**

1. Plaintiffs' Motion For Leave to Conduct Deposition of the Scher Law Firm, LLP. is **GRANTED;**

2. Plaintiffs may issue and serve the proposed subpoena to the Scher Law Firm, LLP as set forth in the proposed subpoena attached to Plaintiffs' Memorandum of Law

in Support of Plaintiffs' Motion For Leave to Conduct Deposition of the Scher Law Firm, LLP as Exhibit A

Date: _____, 2024

                                                                                                          The Honorable David T. Schultz
                                                                                                           United States District Court Magistrate Judge

LEGAL\70248377\1